**HUSSEY v. STATE FARM MUT. AUTO. INS. CO.**

[342 N.C. 646 (1996)]

GREGORY LEE HUSSEY v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

No. 445PA94

(Filed 9 February 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 115 N.C. App. 464, 445 S.E.2d 63 (1994), affirming a judgment entered by Stephens (Donald W.), J., on 30 April 1993 in Superior Court, Wake County. Pursuant to Rule 30(f)(1) of the North Carolina Rules of Appellate Procedure, this case was reviewed without oral argument.

*Law Offices of Paul Devendel Davis, by Paul D. Davis, for plaintiff-appellee.*

*Frazier, Frazier & Mahler, L.L.P., by Torin L. Fury, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is vacated, and the case is remanded for further consideration in light of the authority of *Nationwide Mut. Ins. Co. v. Mabe*, 342 N.C. 482, 467 S.E.2d 34 (1996), and *Bray v. N.C. Farm Bureau Mut. Ins. Co.*, 341 N.C. 678, 462 S.E.2d 650 (1995).

VACATED AND REMANDED.